```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LIVE FACE ON WEB, LLC            :       CIVIL ACTION
                                 :
          v.                     :
                                 :
ISPEAKVIDEO.COM, et al.          :       NO. 11-4573
```

ORDER

AND NOW, this 22nd day of May, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants iSpeakVideo, Inc., Erik Kretschmar, Christian Tsistanas, iSpeakVideo, LLC, and Montgomery Byers, Jr. to dismiss the complaint for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure is GRANTED.

                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                                      J.